IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00507-MEH

GARRET GIORDANO,

    Plaintiff,

v.

NVIDIA CORPORATION,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2015.**

    The Joint Motion to Stay Action Pending Transfer to Judicial Panel on Multidistrict Litigation [filed May 19, 2015; docket #11] is **granted**.

    Additionally, in light of this order, the Scheduling Conference currently set for June 19, 2015, is **vacated**.